IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr103-MHT** |
| | ) | **(WO)** |
| **MELVIN CURTIS FAULKNER** | ) | |

**ORDER**

Based on the representations made on the record on February 24, 2023, and by agreement of the parties, it is ORDERED that, by March 13, 2023, the supervising probation officer, after conferring with Dr. Kale Kirkland and with government and defense counsel, is to file a report as whether there should be modifications to the conditions of defendant Melvin Curtis Faulkner's supervised release in light of the evaluation from Dr. Fabian M. Saleh (Doc. 37).

DONE, this the 27th day of February, 2023.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**