**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )         2:22cr103-MHT
                            )              (WO)
MELVIN CURTIS FAULKNER      )
```

**ORDER**

Because government counsel, the supervising probation officer, and defense counsel agree; because defendant Melvin Curtis Faulkner has so far performed well on supervision and has successfully completed eight of 16 consecutive weekends at a jail facility; and because defendant Faulkner's wife is ill and needs his help, it is ORDERED that the unopposed motion to remove condition of supervision (Doc. 45) is granted to the extent that the condition of supervision requiring defendant Faulkner to serve the remaining eight consecutive weekends at a jail facility is dissolved.

DONE, this the 21st day of March, 2023.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**