IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr103-MHT** |
| | ) | **(WO)** |
| **MELVIN CURTIS FAULKNER** | ) | |

### ORDER

This case is before the court on defendant Melvin Curtis Faulkner's motion for early termination of supervised release. The supervising probation officer supports the request for early termination. Based on the representations made by the probation officer and the parties in the filings and on the record during the hearing on December 18, 2024, the court finds that Faulkner has completed two years of supervised release with no compliance issues, "made great progress since being on supervision," maintained a full-time job, completed mental-health treatment, passed all drug screens and polygraphs, complied with state registration law, "led a prosocial life," and "fully cooperated with the conditions of supervision."

Probation Officer's Response (Doc. 54). Additionally, Faulkner has been assessed to be at low risk for recidivism. For these reasons, the court finds that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that defendant Melvin Curtis Faulkner's motion for early termination of supervised release (Doc. 50) is granted, and he is discharged.

DONE, this the 19th day of December, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**